```
MELINDA HAAG (SBN 132612)
United States Attorney
ALEX G. TSE (SBN 152348)
Chief, Civil Division
STEVEN J. SALTIEL (SBN 202292)
RAVEN M. NORRIS (SBN 232868)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-6970
    Facsimile:  (415) 436-6748
    Steven.Saltiel@usdoj.gov
    Raven.Norris@usdoj.gov
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ESTEBAN VALDEZ-RIOS , <br><br> Defendant. | Case No.:  CR96-40194-001 SBA <br><br><br><br><br><br><br><br> **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $880.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated:  __3/11/13_____          _/s/ Saundra B Armstrong_____
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Court Judge